IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 25 AM 11:38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| STEVEN LEE GOODE, | X | |
| Plaintiff, | X | |
| vs. | X | No. 05-2486-B/V |
| SHELBY COUNTY DETENTION CENTER, et al., | X | |
| Defendants. | X | |

ORDER OF DISMISSAL

Plaintiff Steven Lee Goode, booking number 05117211, an inmate at the Shelby County Criminal Justice Complex ("Jail") in Memphis, filed a pro se complaint pursuant to 42 U.S.C. § 1983 on July 6, 2005. The Court issued an order on July 14, 2005 that directed the plaintiff, within thirty days, to file the documents required by the Prison Litigation Reform Act of 1995 ("PLRA"), 28 U.S.C. § 1915(a)-(b), or remit the full civil filing fee of $250. The plaintiff's copy of that order was returned by the post office on July 22, 2005 with a notation that he had been released from the Jail on July 10, 2005. To date, the plaintiff has not supplied the clerk with a forwarding address.

At this time, the Court has no means of ascertaining the plaintiff's whereabouts and, therefore, cannot ask him whether he intends to continue prosecuting this lawsuit. The most basic responsibility of a litigant is to advise the Court of his current

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-26-05

address. In light of the fact that the plaintiff has not provided the clerk with his current address in the six weeks since his release, the Court DISMISSES this action without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

    IT IS SO ORDERED this 25th day of August, 2005.

                                        J. DANIEL BREEN
                                        UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02486 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Steven Lee Goode
Shelby County Detention Center
05117211
201 Poplar Ave
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT